# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAMS JONATHAN REINA-DIAZ,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, et al.,<br><br>Respondents. | Case No. 1:26-cv-02729-KES-SAB-HC<br><br>ORDER SETTING BRIEFING SCHEDULE |

Petitioner is an immigration detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On May 5, 2026, the assigned district judge denied Petitioner's motion for temporary restraining order and referred this matter "for further proceedings on the petition." (ECF No. 13.) Respondents have filed an answer to the petition, and Petitioner has filed a reply. (ECF Nos. 9, 11.)

Accordingly, the Court HEREBY ORDERS that:

1. Within forty-five (45) days of the date of service of this order, the parties may file supplemental briefs or statements that they will rest on the briefs previously submitted.

2. If the parties do not file a response by this deadline, the matter will be deemed submitted.

IT IS SO ORDERED.

Dated:   **May 6, 2026**

STANLEY A. BOONE
United States Magistrate Judge