# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAMS JONATHAN REINA-DIAZ,<br>Petitioner,<br>v.<br>WARDEN, GOLDEN STATE ANNEX DETENTION FACILITY, et al.,<br>Respondents. | Case No. 1:26-cv-02729-KES-SAB-HC<br><br>ORDER FOR SUPPLEMENTAL BRIEFING |

Petitioner is an immigration detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. (ECF No. 1.)

On May 5, 2026, the district judge denied Petitioner's motion for temporary restraining order because the "detention of those who have committed such a crime involving moral turpitude is mandate under 8 U.S.C. § 1226(c)(1)(A) and 8 U.S.C. § 1182(a)(2)(A)(i)(I). Petitioner's detention is not prolonged as he has been in ICE custody only since March 2026." (ECF No. 13.)

A search of the Executive Office for Immigration Review's ("EOIR") Automated Case Information System using Petitioner's A-Number indicates that an immigration judge ordered removal on July 10, 2025, and the appeal was dismissed on May 18, 2026. See https://acis.eoir.justice.gov/en/caseInformation (last visited Aug. 15, 2026). The Court finds that supplemental briefing on the impact of the removal order and appeal dismissal, if any, on the petition would assist the Court in this matter.

Accordingly, the Court HEREBY ORDERS that:

1. Within fourteen (14) days of the date of service of this order, Respondents SHALL FILE a supplemental brief addressing the issue set forth above; and
2. Within fourteen (14) days of the date of service of Respondents' supplemental brief, Petitioner MAY FILE a supplemental brief.

IT IS SO ORDERED.

Dated: **August 17, 2026**

STANLEY A. BOONE
United States Magistrate Judge